UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

WISCONSIN GLAZIERS & GLASS WORKERS MONEY
PURCHASE PLAN, PAINTERS LOCAL 781
HEALTH FUND, WISCONSIN GLAZIERS
& GLASS WORKERS APPRENTICESHIP FUND,
and JOEL ALLEN (in his capacity as Trustee),

WISCONSIN GLAZIERS & GLASS WORKERS LOCAL
UNION 1204,

                Plaintiffs,

vs.                                      Case No. 10-cv-489

SITZBERGER GLASS, INC. D/B/A WEST BEND
GLASS CO.,

                Defendant.

## ORDER FOR JUDGMENT

Request and application for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

    1.    Defendant Sitzberger Glass, Inc. d/b/a West Bend Glass Co. has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

    2.    Sitzberger Glass, Inc. d/b/a West Bend Glass Co. violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee

-1-

Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiffs.

3. Due to Defendant's failure, Plaintiffs are entitled to damages consisting of contributions, liquidated damages, interest for the time period January 1, 2008 through April 30, 2008 and attorney's fees and costs through July 22, 2010.

4. The court assesses the total damages to the Plaintiffs in the sum of $35,359.08.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs Wisconsin Glaziers & Glass Workers Money Purchase Plan, Painters Local 781 Health Fund, Wisconsin Glaziers & Glass Workers Apprenticeship Fund, Joel Allen and Wisconsin Glaziers & Glass Workers Local Union 1204, and against Defendant Sitzberger Glass, Inc. d/b/a West Bend glass Co., Inc. in the amount of $35,359.08 together with interest at the rate allowed by law.

Dated this 4 day of Aug, 2010.

BY THE COURT

_____
U. S. District Court Judge